# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**BYRON S. MCCORMICK,**

    **Petitioner,**

**v.**                                                  Case No. 5:24-cv-211-AW-MAL

**WARDEN GABBY,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner has not complied with a court order, and he has not objected to the magistrate judge's report and recommendation (ECF No. 7), which recommends dismissal on that basis. It appears Petitioner has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on February 3, 2025.

                                                      s/ *Allen Winsor*
                                                      United States District Judge